# CLAIM CHART

## U.S. PATENT NO. 8,506,554 B1 – CLAIM 12

| Claim 12 | Patent Specification | Corresponding Structure in Accused Systems – Cardinal Health SVED Negative Pressure Wound Therapy System |
|---|---|---|
| 12. A vacuum system for applying negative pressure to a wound, the vacuum system comprising; | [FIG. 1 diagram of vacuum system] | Cardinal Health manufactures the Cardinal Health SVED Negative Pressure Wound Therapy System [product listing image: Cardinal Health SVED Negative Pressure Wound Therapy System - 6701132, by Cardinal Health - Authorized Distributor, List Price: $21907.45, You Save: $2847.97 (13%), $19,059.48] The Cardinal Health SVED Wound Vac provides Negative Pressure Wound Therapy for patients treated in an acute, extended, or homecare setting. The NPWT SVED Device provides controlled vacuuming for wound care to remove exudate, body fluids, and infectious materials to encourage faster wound healing. Specialized foam dressings are applied over the wound connected to the system to facilitate negative pressure for the transfer of fluids into the canister. Use only compatible Cardinal Health NPWT dressings, consumables, and replacement parts, including carry case, AC adapter, polyurethane drape, and canister. This wound therapy is specified for chronic, acute, partial-thickness burns, diabetic and pressure ulcers, and skin grafts. This device must be used with compatible Cardinal Health accessories, including Foam Dressing Kits, Drape, and NPWT Canister.<br><br>https://www.vitalitymedical.com/cardinal-health-sved-negative-pressure-wound-therapy-system-6701132.html |

| | | |
|---|---|---|
| | | | HCPCS codes | HCPCS description | Cardinal Health™ Products |
|---|---|---|
| 97607 | Negative pressure wound therapy (e.g., vacuum assisted drainage collection) utilizing **disposable, non-durable medical equipment** including provision of exudate management collection system, topical application(s), wound assessment and instructions for ongoing care, per session; total wound(s) surface area less than or equal to 50 square centimeters. | NPWT PRO™ NPWT PRO TO GO™ Kit |
| 97608 | Negative pressure wound therapy (e.g., vacuum assisted drainage collection) utilizing **disposable, non-durable medical equipment** including provision of exudate management collection system, topical application(s), wound assessment and instructions for ongoing care, per session; total wound(s) surface area less than or equal to 50 square centimeters. | NPWT ALLY™ NPWT ALLY TO GO™ Kit |

https://www.cardinalhealth.com/content/dam/corp/web/documents/fact-sheet/cardinal-health-npwt-reimbursement-fact-sheet-home-health.pdf |
| an enclosure and a vacuum source, the enclosure being attachable to the wound circumference so as to define a confined volume; | **Enclosure 12** [diagram showing enclosure 12 with labels 34, 35, 37, 38, 10] | [Figures 5-9 showing application of wound dressing] |

| | | |
|---|---|---|
| | | **Source**: https://www.vitalitymedical.com/pub/pdf/user-manual-sved-npwt-device.pdf<br><br>**Source**: https://www.youtube.com/watch?v=_8QtahXKNdU |
| a tube; | | |

| | | |
|---|---|---|
| a venting arrangement comprising a flow restrictor to restrict flow through said venting arrangement, | "The bleeding hole renders the wound closure vented or non-airtight, as distinguishable from conventional wound closures. **The flow of air from the bleeding hole in the wound closure**, in response to the negative pressure created by the vacuum pump, facilitates the removal of exudate, which might otherwise coagulate, dry-up and occlude the tubing" Col. 2. ll. 25-30 | The dual lumen tubing provides a negative pressure vacuum in one lumen and a controlled vent in the other lumen.<br><br>**Dual-lumen tubing** technology maintains and monitors pressure at the wound site. Tubing is designed to remove exudate while providing continuous NPWT. |
| the enclosure having an enclosure outlet connectable to said vacuum source via said tube so that negative pressure can be created in said volume, | | Shown below is the method of creating the enclosure outlet by cutting a portion of the enclosure. The enclosure outlet is then connected to the vacuum source in the third image below.<br><br>Figure 10    Figure 11    Figure 12 |



| | | |
|---|---|---|
| said venting arrangement located outside said enclosure such that ambient air can enter said tube via said venting arrangement without entering said enclosure; and | **Enclosure 12**<br>**Wound area 34** | The dual lumen tubing provides a negative pressure vacuum in one lumen and a controlled vent in the other lumen.<br><br>**Dual-lumen tubing** technology maintains and monitors pressure at the wound site. Tubing is designed to remove exudate while providing continuous NPWT. |

| a waste container in fluid communication with said vacuum source. | | The waste container is shown below as the canister. The waste container is connected to the vacuum source by way of the tube.  Figure 1 |