# CLAIM CHART

## U.S. PATENT NO. 8,858,534 B1 – CLAIM 12

| Claim 1 | Patent Specification | Corresponding Structure in Accused Systems – Cardinal Health SVED Negative Pressure Wound Therapy System |
|---|---|---|
| 1. A vacuum system for applying negative pressure to a wound, the vacuum system comprising: |  | Cardinal Health manufactures the Cardinal Health SVED Negative Pressure Wound Therapy System https://www.vitalitymedical.com/cardinal-health-sved-negative-pressure-wound-therapy-system-6701132.html |

|  |  |  |
|---|---|---|
|  |  | | HCPCS codes | HCPCS description | Cardinal Health™ Products |
|---|---|---|
| 97607 | Negative pressure wound therapy, (e.g., vacuum assisted drainage collection) utilizing **disposable, non-durable medical equipment** including provision of exudate management collection system, topical application(s), wound assessment and instructions for ongoing care, per session; total wound(s) surface area less than or equal to 50 square centimeters. | NPWT PRO™ <br> NPWT PRO TO GO™ Kit |
| 97608 | Negative pressure wound therapy, (e.g., vacuum assisted drainage collection) utilizing **disposable, non-durable medical equipment** including provision of exudate management collection system, topical application(s), wound assessment and instructions for ongoing care, per session; total wound(s) surface area less than or equal to 50 square centimeters. | NPWT ALLY™ <br> NPWT ALLY TO GO™ Kit |

https://www.cardinalhealth.com/content/dam/corp/web/documents/fact-sheet/cardinal-health-npwt-reimbursement-fact-sheet-home-health.pdf |
| an enclosure, | Enclosure 12 (figure showing elements 34, 35, 37, 38, 12, 10) | Figures 5, 6, 7, 8, 9 showing application steps <br><br> **Source**: https://www.vitalitymedical.com/pub/pdf/user-manual-sved-npwt-device.pdf |



| | | |
|---|---|---|
| | | Source: https://www.youtube.com/watch?v=_8QtahXKNdU |
| a venting arrangement, | Tube orifice 37 shown as a vent | The dual lumen tubing provides a negative pressure vacuum in one lumen and a controlled vent in the other lumen.<br><br>**Dual-lumen tubing** technology maintains and monitors pressure at the wound site. Tubing is designed to remove exudate while providing continuous NPWT. |



| a tube, | **Tube shown at 16** | |
|---|---|---|
| a vacuum source, | | "The NPWT SVED Device **provides controlled vacuuming** for wound care to remove exudate, body fluids, and infectious materials to encourage faster wound healing."<br><br>**Source**: https://www.vitalitymedical.com/cardinal-health-sved-negative-pressure-wound-therapy-system-6701132.html |



| | | |
|---|---|---|
| and a controller: | | |
| the enclosure being attachable to a periphery of the wound so as to define a confined volume; | **Enclosure 12**<br>**Wound area 34** | |

| | | |
|---|---|---|
| the enclosure having an enclosure outlet connectable to said vacuum source via said tube so that negative pressure can be selectively created in said volume; | | Shown below is the method of creating the enclosure outlet by cutting a portion of the enclosure. The enclosure outlet is then connected to the vacuum source in the third image below.<br> <br> |
| the venting arrangement comprising a flow restrictor to restrict flow through said venting arrangement and to thereby provide a controlled flow of ambient air into said vacuum system upstream of the vacuum source; | "The bleeding hole renders the wound closure vented or non-airtight, as distinguishable from conventional wound closures. **The flow of air from the bleeding hole in the wound closure**, in response to the negative pressure created by the vacuum pump, facilitates the removal of exudate, which might otherwise coagulate, dry-up and occlude the tubing" Col. 2. ll. 25-30 | The dual lumen tubing provides a negative pressure vacuum in one lumen and a controlled vent in the other lumen.<br> |

| | | |
|---|---|---|
| the controller configured for controlling operation of the vacuum source while providing venting of the vacuum system via said venting arrangement to provide a desired level of said negative pressure in said confined volume. | "The drive unit **40** also includes a control block **50** with control circuits such as cycle control **42**, which turns the motor pump on and off alternately, motor voltage and current monitoring and control **43**, which **controls the negative pressure level produced by the pump unit 18**, by controlling the voltage and current which drive motor **39**." | The pressure settings available on the NPWT SVED device create the desired levels of pressure in the enclosure.<br><br> |